UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENEE LINDNER,

       Plaintiff,                              Civil Action No. 14-CV-14250

vs.                                         HON. MARK A. GOLDSMITH

GENERAL REVENUE CORPORATION,

       Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: March 13, 2015                    s/Mark A. Goldsmith
      Detroit, Michigan              MARK A. GOLDSMITH
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 13, 2015.

                                                      s/Carrie Haddon
                                                      Case Manager